No. 666, Misc. CARRIGAN *v.* SUNLAND-TUJUNGA TELE-PHONE Co. ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *J. Thomason Phelps* for the Public Utilities Commission of California, appellee.

No. 668, Misc. MEYERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 670, Misc. TART *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry Lincoln Johnson, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 671, Misc. McLENAGHAN, ADMINISTRATOR, *v.* BILLOW. C. A. 3d Cir. Certiorari denied. *Benjamin Pomerantz* for petitioner. *Richard W. Galiher* for respondent.

No. 676, Misc. DAVIS *v.* ELLIS, DIRECTOR, TEXAS DE-PARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 678, Misc. MILLS *v.* McGEE, DIRECTOR, CALI-FORNIA STATE DEPARTMENT OF CORRECTIONS, ET AL. Supreme Court of California. Certiorari denied.

No. 587, Misc. CULVER *v.* GOODMAN, WARDEN. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.